BLOOMGARDEN, Appellant, v. HOFF-
MAN et al., Respondents. (Supreme Court,
Appellate Division, Second Department. March
1, 1907.) Action by Henry Bloomgarden against
Ernst Hoffman and another. No opinion. Mo-
tion denied, with $10 costs.

In re BOARD OF RAPID TRANSIT
RAILROAD COM'RS FOR CITY OF NEW
YORK. (Supreme Court, Appellate Division,
Second Department. March 15, 1907.) In the
matter of the application of the board of rapid
transit railroad commissioners for the city of
New York for the appointment of three com-
missioners, etc., Brooklyn, Manhattan & Long
Island City route. No opinion. Motion grant-
ed, and order signed.

BOHMERT et al., Respondents, v. TOWER
MFG. & NOVELTY CO., Appellant. (Supreme
Court, Appellate Division, First Department,
March 8, 1907.) Action by William R. Bohm-
ert and another against the Tower Manufactur-
ing & Novelty Company. E. V. Abbott, for
appellant. J. N. Tuttle, for respondents. No
opinion. Judgment and order affirmed, with
costs. Order filed.

BOICE, Respondent, v. MUNICIPAL TELE-
GRAPH & STOCK CO., Appellant. (Supreme
Court, Appellate Division, Third Department.
March 28, 1907.) Action by Hewitt Boice
against the Municipal Telegraph & Stock Com-
pany. No opinion. Motion denied.

BOLLAND, Appellant, v. NEW YORK
CENT. & H. R. R. CO., Respondent. (Supreme
Court, Appellate Division, Second Department.
April 26, 1907.) Action by Clarissa Bolland, as
administratrix, etc., of Simpson Bolland, de-
ceased, against the New York Central & Hudson
River Railroad Company. No opinion. Judg-
ment and order unanimously affirmed, with
costs.

BORRADORI, Appellant, v. EMPIRE
STATE SURETY CO., Respondent. (Supreme
Court, Appellate Division, Second Department.
April 26, 1907.) Action by Antony Borradori
against the Empire State Surety Company.
PER CURIAM. Order affirmed, with $10
costs and disbursements.
HOOKER, J., dissents.

BOULLAND, Respondent, v. RUPPERT, Ap-
pellant. (Supreme Court, Appellate Division,
Second Department. March 1, 1907.) Action
by Francis Boulland, an infant, by Rose Muller,
his guardian ad litem, against Jacob Ruppert.
No opinion. Judgment and order unanimously
affirmed, with costs.

BOWLY, Appellant, v. BEIRNE et al., Re-
spondents. (Supreme Court, Appellate Division,
Second Department. March 1, 1907.) Action
by Robert H. Bowly against Nellie L. Beirne
and another, as administratrices, etc., of Ed-
ward C. Beirne, deceased, impleaded. No opin-
ion. Judgment and order of the County Court
of Orange county affirmed, with costs.

BOYD, Appellant, v. CONRAD EURICH'S
BREWERY, Respondent. (Supreme Court, Ap-
pellate Division, Second Department. March 8,
1907.) Action by George B. Boyd, as receiver,
etc., against Conrad Eurich's Brewery. No opin-
ion. Order affirmed, with $10 costs and dis-
bursements.

In re BRANDOW. (Supreme Court, Appel-
late Division, Third Department. March 28,
1907.) In the matter of Edwin D. Brandow, an
attorney. No opinion. Application granted,
and said Edwin D. Brandow is suspended from
practice as an attorney and counselor at law for
the period of one year.

BRESEL v. BROWNING. (Supreme Court,
Appellate Division, First Department. March
8, 1907.) Action by Abraham M. Bresel against
Edward W. Browning. No opinion. Motion
dismissed. Order filed.

BRESEL v. BROWNING. (Supreme Court,
Appellate Division, First Department. March
27, 1907.) Action by Abraham N. Bresel against
Edward W. Browning. No opinion. Motion
denied, on condition that appellant have his case
ready for May term. Order filed.

BRICK, Respondent, v. FAVILLA et al., Ap-
pellants. (Supreme Court, Appellate Division,
Fourth Department. March 20, 1907.) Action
by Henry F. Brick against Matthew Favilla and
another. No opinion. Judgment and order (101
N. Y. Supp. 970) affirmed, with costs. Held,
that the undisputed proof shows that plaintiff
was entitled to recover for 13 days' rent, that
the verdict of "no cause of action" was unau-
thorized, and the judgment entered thereon was
properly reversed by the County Court.

BRINGLEY, Respondent, v. GRAPE, Appel-
lant. (Supreme Court, Appellate Division,
Fourth Department. March 20, 1907.) Action
by Edward Bringley against John Grape. No
opinion. Order reversed, with $10 costs, and
motion granted, without costs.

BROWN et al., Appellants, v. DYCKMAN et
al., Respondents. (Supreme Court, Appellate
Division, Second Department. April 26, 1907.)
Action by Charles A. Brown and another against
William L. Dyckman, as executor, etc., and
others. No opinion. Order affirmed, on argu-
ment, with $10 costs and disbursements.

BROWN, Appellant, v. MADER, Respondent.
(Supreme Court, Appellate Division, Second De-
partment. March 22, 1907.) Action by Isaac
Brown against Louis Mader. No opinion.
There being no appellant's brief or appearance
of counsel to argue the appeal, judgment of the
Municipal Court affirmed by default, with costs.

BRUCKEL, Respondent, v. J. MILHAU'S
SON, Appellant. (Supreme Court, Appellate
Division, Second Department. March 15, 1907.)
Action by Frederick Henry Bruckel against J.
Milhau's Son. No opinion. Motion denied,
with costs.